No. 848. CONTINENTAL CASUALTY CO. *v.* GILLER CONCRETE CO., INC., ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. J. Blackwell* for petitioner.

No. 849. CITY OF MILWAUKEE *v.* CITY OF WEST ALLIS. April 28, 1941. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Walter J. Mattison* for petitioner. *Messrs. Louis Quarles* and *John C. Doerfer* for respondent.

No. 850. ULM *v.* MOORE-MCCORMACK LINES, INC. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph S. Robinson* for petitioner. *Mr. John C. Crawley* for respondent.

No. 864. ARCADE-SUNSHINE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. April 28, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Irving G. McCann* and *Alvin L. Newmyer* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 865. HAFFENREFFER BREWING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Lawrence E. Green* for petitioner. *Solicitor General Biddle, Assistant Attorney*

*General Clark*, and *Messrs. Sewall Key, Richard H. Demuth*, and *Morton K. Rothschild* for respondent.

No. 816. KALB *v.* FEUERSTEIN ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Elmer McClain* and *William Lemke* for petitioner. *Mr. J. Arthur Moran* for respondents.

No. 831. TEGTMEYER *v.* TEGTMEYER ET AL. April 28, 1941. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Joseph Heller* for petitioner. *Mr. L. Duncan Lloyd* for respondents.

No. 860. THE ARIOSA *v.* THE SEGUNDO; and.
No. 861. THE ARIOSA *v.* A/S IRAVANS REDERI, OWNER OF THE SEGUNDO. April 28, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles W. Hagen* for petitioner. *Mr. John W. Griffin* for respondents. Reported below: 116 F. 2d 492.

No. 867. CURTIS *v.* UTAH FUEL CO. ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Nicholas J. Curtis, pro se.*

Nos. 873, 881, and 887. LEHIGH VALLEY RAILROAD CO. *v.* MARTIN, STATE TAX COMMISSIONER OF NEW JERSEY, ET AL.;